IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT E. ANDERSON, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0040 |
| ) | Judge Trauger |
| THE REPORT CARD GROUP, LLC, d/b/a The ) | |
| Candidate Report Card, AEROTEK, INC., ) | |
| XO COMMUNICATIONS SERVICES, INC., ) | |
| and BEELINE.COM, INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The court interprets the Voluntary Stipulation of Dismissal With Prejudice filed by the parties who have entered an appearance in this case (Docket No. 45) as an indication that the plaintiff wishes to dismiss his claims as well against defendants XO Communications Services, Inc. and Beeline.com, Inc., who have been served (Docket Nos. 42, 43) but who have not responded to the Amended Complaint (Docket No. 37). It is therefore **ORDERED** that the plaintiff's claims against XO Communications Services, Inc. and Beeline.com, Inc. are **DISMISSED**.

It is so **ORDERED**.

ENTER this 30th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge